# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2014

## NO. 03-13-00540-CV

**WaiWai, LLC and 1717 Investments, LLC, Appellants**

**v.**

**Jose Alvarado and Isabel M. Alvarado, Appellees**

**APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
REVERSED AND RENDERED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE FIELD**

This is an appeal from the final judgment signed by the trial court on July 11, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and renders judgment in favor of appellants, with the exception of the trial court's award of attorney's fees, which the Court remands to the trial court for reconsideration. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.